## IN THE SUPREME COURT OF THE STATE OF NEVADA

JACUZZI, INC., D/B/A JACUZZI LUXURY BATH,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE CRYSTAL ELLER, DISTRICT JUDGE,
Respondents,
and
ROBERT L. ANSARA, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF SHERRY LYNN CUNNISON, DECEASED; ROBERT L. ANSARA, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MICHAEL SMITH, DECEASED HEIR TO THE ESTATE OF SHERRY LYNN CUNNISON, DECEASED; AND DEBORAH TAMANTINI, INDIVIDUALLY, AND HEIR TO THE ESTATE OF SHERRY LYNN CUNNISON, DECEASED.
Real Parties in Interest.

No. 83571

FILED

NOV 23 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### *ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court discovery sanction order in a tort action. Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev.

SUPREME COURT
OF
NEVADA

(O) 1947A

21-33690

674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). We therefore,

ORDER the petition DENIED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon


cc:    Hon. Crystal Eller, District Judge
Lewis Roca Rothgerber Christie LLP/Las Vegas
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC/Las Vegas
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC/Atlanta
Richard Harris Law Firm
Eighth District Court Clerk